# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10cv82

| | |
|---|---|
| MELISSA MORGAN, )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>DOLGENCORP, INC., )<br>)<br>Defendants. )<br>_____ ) | ORDER |

**THIS MATTER** is before the court on Michelle Price Massingale's Motion for Admission *Pro Hac Vice* of Charles Lance Gould. It appearing that Charles Lance Gould is a member in good standing with the Alabama State Bar and will be appearing with Michelle Price Massingale (#20), a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Michelle Price Massingale's Motion for Admission *Pro Hac Vice* (#20) of Charles Lance Gould is **GRANTED,** and Charles Lance Gould is **ADMITTED** to practice, *pro hac vice,* before the Bar of this court while associated with Michelle Price Massingale.

**IT IS FURTHER ORDERED** that Michelle Price Massingale's **second**

Motion for Admission *Pro Hac Vice* (#21) of Charles Lance Gould is **DENIED** without prejudice as it has been filed in error.

Signed: May 24, 2010

Dennis L. Howell
United States Magistrate Judge